UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x
In re:

TOMPKINS WILLOUGHBY LLC

*Debtor*

Chapter 11

Case No. 1–19–44729 (NHL)

————————————————————————x

**Declaration of Abraham Kappel in Support of  Emergency Order to Show Cause to Withdraw as Counsel for Debtor**

Under 28 U.S.C. §1746, I, Abraham Kappel, principal attorney for the Law Office of Abraham Kappel, declare under penalty of perjury that the following is true and correct:

1.  I make this declaration in support of the accompanying emergency order to show cause by The Law Office of Abraham Kappel to "withdraw" as counsel for Debtor.

2. I make this order to show cause by way of emergency as documentation and other items pertaining to this bankruptcy are outstanding, or will be shortly, and our office cannot supply same.

3. Our office is listed as attorney for Debtor in the petition filed in the above-referenced case. Annexed hereto as *Exhibit A* is the petition.

4. Our office is in fact, *not* the attorney for Debtor in this or any other matter. The first time I learned of this matter was from a call from creditor's attorney.

5. It is shocking that Debtor would forge my signature in the within petition. Annexed hereto as *Exhibit B* is my signature from various court filings along with my purported signature on the petition. The two signatures are nothing alike.

6. Our office never had any discussions with Debtor about any matter, including the within bankruptcy matter.

7. We, therefore, respectfully request that this Honorable Court strike our office as attorney for debtor *nunc pro tunct.*

8. No prior request for the relief sought herein has been made.

8. As there is a status conference scheduled in this matter for August 22, 2019 at 11:00 AM, we respectfully request that a hearing on this order to show cause be scheduled for a hearing at said time.

Dated: Brooklyn, New York
      August 13, 2019

THE LAW OFFICE OF ABRAHAM KAPPEL

*/s/ Abraham Kappel*

_____
Abraham Kappel
1203 Nostrand Ave
Brooklyn, NY 11230
T: (347) 762-2450
F: (917) 677-6609

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2019 AUG -1 P 2: 10

□ Check if this is an
amended filing

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of *New York*
(State)

Case number *(if known)* _____ Chapter _____

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. Debtor's name — **Tompkins Willoughby LLC**

2. All other names debtor used in the last 8 years

   Include any assumed names, trade names, and *doing business as* names

3. Debtor's federal Employer Identification Number (EIN) — **46-4175935**

4. Debtor's address

   Principal place of business

   **156 Tompkins Av**
   Number    Street

   **Brooklyn** **NY** **11206**
   City    State    ZIP Code

   **Kings**
   County

   Mailing address, if different from principal place of business

   Number    Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    ZIP Code

5. Debtor's website (URL) — **N/A**

6. Type of debtor

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   TOMPKINS  WILLOUGHBY LLC                              Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____   _____  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

          District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

          District _____ When _____
                                       MM / DD / YYYY

          Case number, if known _____

Debtor    Tompkins Wilbughby LLC _____    Case number *(if known)*_____
            <sub>Name</sub>

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

Where is the property?_____
                Number       Street

                City                    State   ZIP Code

Is the property insured?

- ☐ No
- ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor __Tompkins Willoughby LLC__                Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08 / 01 / 2019__
            MM / DD / YYYY

X _____          _____
Signature of authorized representative of debtor          Printed name

Title __President__

**18. Signature of attorney**

X _____          Date __08 - 1 - 2019__
Signature of attorney for debtor                MM / DD / YYYY

__ABRAHAM KAPPEL ESQ.__
Printed name

__The Law Firm of Abraham Kappel__
Firm name

__1203 Nostrand Ave__
Number    Street

__Brooklyn__                              __NY__      __11225__
City                                      State      ZIP Code

__347 - 762 - 2450__
Contact phone                             Email address

_____          _____
Bar number                            State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Fill in this information to identify the case:

Debtor name _Tom Alins Willaighby iLC_

United States Bankruptcy Court for the _____ District of __N.Y.__
(State)

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Albany Partners LLC | 208 Albany Av. Kingston NY 12401 | | | | | 667,435 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  Tompkins Willoughby LLC ,
_____Name_____

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ N|A _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

    a. Total assets                        $_____

    b. Total debts (including debts listed in 2.c., below)    $_____

    c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock    _____

    e. Number of shares common stock    _____

Comments, if any: _____

_____

_____

3. Brief description of debtor's business: _____

_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

Case No.

Chapter   11

Tompkin willoughst LLc _____ Debtor(s)
----------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following
information:

Name of Filer:      Steve  Peters

Address:      150  Prospect  Av . valhalla NY  10595

Email Address:

Phone Number:   (718) 514.4622

Name of Debtor(s):    Tompkin  Willoughby LLC .

CHECK THE APPROPRIATE RESPONSES:

**ASSISTANCE PROVIDED TO DEBTOR(S):**

_____   I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING
THE FOLLOWING: _____
_____

___✓___   I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

**FEE RECEIVED:**

___✓___   I WAS NOT PAID.

_____   I WAS PAID.

Amount Paid: $ ___0___ .

I/We hereby affirm the information above under the penalty of perjury.

Dated: 8/1/2019

Filer's Signature

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------x

In Re:

                                         Case No.

TOMPKINS WILLOUGHBY LLC.       Chapter  11

               Debtor(s)

-----------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  8/11/2019

                          Tompkins  Willoughby LLC
                          Debtor

                          Joint Debtor

                          Attorney for Debtor

Albany Ave Partners LLC
208 Albany Ave
Kingston NY 120401

NYSCEF DOC. NO. 5?                                    RECEIVED NYSCEF: 09/02/201?

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------------X
U.S. BANK, N.A. et al.

                                                  INDEX: 705140/2015

                 Plaintiff,

        -against-                                    **AFFIRMATION OF
                                               SERVICE**

DAVID NAGAN et. al.
                 Defendants.
--------------------------------------------------------------------X

STATE OF NEW YORK    )
                        )ss:
COUNTY OF KINGS    )

      The undersigned, an attorney duly admitted to practice before the courts of the State of

New York hereby affirms pursuant to CPLR 2106:

      I am not a party to this action, am over the age of 18, and reside within the State of New

York. On August 2, 2016, I served the Verified Answer for the within matter upon Shapiro,

Dicaro and Barak LLC at 175 Mile Crossing Blvd, Rochester, NY 14624, by depositing same,

postage paid, to the aforementioned address, into the custody of the United States Postal Service

within the State of New York.

Dated: August 2, 2016

                                                 Abraham Kappel, Esq.
                                                 **LAW OFFICES OF LEE M. NIGEN**
                                                 *Attorneys for NAGAN*
                                                 26 Court Street, Suite 1013
                                                 Brooklyn, New York 11242
                                                 (347) 294-0661

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------------------X
CHERYL PERRY                                                          Index No.:

                                Plaintiff,


                    -against-                                                **SUMMONS**


                                          Plaintiff designates
                                          Kings County as the
                                          Place of Trial
417 EAST 23 LLC

                                Defendant(s).
--------------------------------------------------------------------------------X
**TO THE ABOVE NAMED DEFENDANT:**

        **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the State
of New York, **County of Kings** at the office of the Clerk of said Court at **360 Adams
Street, Brooklyn, NY 11201 in the County of Kings, City and State of New York,**
within the time provided by law as noted below and to file your answer to the annexed
complaint with the Clerk upon your failure to answer, judgment will be taken against you
for the relief demanded in the complaint, together with the costs of this action.
Dated: Brooklyn, New York
        June 12, 2018

                            **LAW OFFICES OF ABRAHAM KAPPEL**
                            1203 Nostrand Avenue
                            Brooklyn, New York 11225
                            T (347) 291-5590
                            F(917) 677-6609


NOTE: The law provides that:      (a) If this summons is served by its delivery to you
personally within the City of New York, you must appear and answer with in TWENTY
days after such service; or        (b) If this summons is served by delivery to any
person other than you personally, or is served outside the City of New York, or by
publication, or by any means other than personal delivery to you within the City of New
York, you are allowed THIRTY days after the proof of service thereof is filed within the
Clerk of this Court within which to appear and answer.

Dated: Brooklyn, New York
February 24, 2016

**LAW OFFICES OF LEE M. NIGEN**
By: Abraham Kappel, Esq.- Of Counsel
*Attorneys for Plaintiff*
26 Court Street, Suite 1013
Brooklyn, New York 11242
(347) 294-0661

Debtor: **TOMPKINS WILLOUGHBY LLC**
Name

Case number (if known) _____

## 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 01 / 2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

_____
Printed name

Title  President

18. **Signature of attorney**

X _____
Signature of attorney for debtor

Date  08 - 1 - 2019
MM / DD / YYYY

ABRAHAM KAPPEL ESQ
Printed name

The Law Firm of Abraham Kappel
Firm name

1203 NOSTRAND AVE
Number       Street

BROOKLYN
City

NY
State

11225
ZIP Code

347 - 762 - 2450
Contact phone

_____
Email address

_____
Bar number

_____
State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————x

In re:                                                      EMERGENCY
      TOMPKINS WILLOUGHBY LLC             ORDER TO SHOW CAUSE

          *Debtor*                             Chapter 11

                            Case No. 1-19-44729 (NHL)

———————————————————————x

       Upon the declaration of Abraham Kappel executed on the 13th day of August, 2019, and good cause being shown therefor;

       IT IS HEREBY ORDERED, that Debtor show cause before this Court at the United States Bankruptcy Court, Eastern District of New York with an address of 271-C Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201 on the __ day of _____ 2019, or as soon thereafter as counsel may be heard, why an order should not issue pursuant to Local Civil Rule 1.4, relieving the Law Office of Abraham Kappel as attorney for Debtor; and it is further

       ORDERED that service of a copy of this order via ECF upon Creditor's counsel and service of a copy of this order upon Debtor via priority mail on or before August ___, 2019, shall be sufficient service.

Dated:_____

_____
Hon. Nancy Hershey Lord
United States Bankruptcy Judge