UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

    TOMPKINS WILLOUGHBY LLC,

Debtor.

------------------------------------------------------------------x

Chapter 11

Case No. 19-44729-nhl

## <u>ORDER TO SHOW CAUSE</u>

Upon the motion and declaration (together, the "Motion") of Abraham Kappel ("Kappel"), filed on August 15, 2019, seeking the entry of an order authorizing Kappel to withdraw as counsel for the above-captioned debtor (the "Debtor") *nunc pro tunc* to the petition date [ECF No. 11]; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that **the Debtor is directed to appear** before this Court on **<u>August 29, 2019 at 3:00 P.M.</u>** (the "Hearing") at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3577, Brooklyn, NY 11201 and show cause as to why the Court should not grant the relief requested in the Motion; and it is further

**ORDERED**, that **the Debtor's principal, Klar Leizer, is directed to personally appear at the Hearing**; and it is further

**ORDERED**, that, by no later than **<u>August 23, 2019</u>**, Kappel shall serve a copy of this Order, together with the Motion and exhibits thereto, via **overnight mail <u>and</u> electronic mail or facsimile**, where known, upon: (1) the Debtor, 156 Tompkins Ave, Brooklyn, NY 11206; (2) Klar Leizer, 473 Willoughby Ave, Brooklyn, NY 11206; (3) the Office of the United States Trustee; (4) all parties that have filed a Notice of Appearance in this case; (5) all creditors and their counsel; and (6) any other party in interest; and it is further

*[This Order continues on the following page.]*

**ORDERED**, that objections, if any, to the relief requested in the Motion may be heard at the Hearing.



Dated: August 23, 2019
       Brooklyn, New York

                              **Nancy Hershey Lord**
                              **United States Bankruptcy Judge**