**EXHIBIT "A"**

Debtor: Tompkins Willoughby LLC    Case number (if known) _____

16. Estimated liabilities
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor
- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 / 01 / 2019

X _____    Kulos Cuizur Klar
Signature of authorized representative of debtor    Printed name

Title: President

18. Signature of attorney

X _____    Date 08 / 7 / 2019
Signature of attorney for debtor

Printed name: Abraham Kappel Esq.
Firm name: The Law Firm of Abraham Kappel
Number/Street: 1203 Nostrand Ave
City: Brooklyn    State: NY    ZIP Code: 11225
Contact phone: 347-762-2450    Email address: _____

Bar number: _____    State: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**EXHIBIT "B"**

# CHASE for BUSINESS
Printed from Chase for Business

| Date sent | Status | Recipient | Type | Amount |
|---|---|---|---|---|
| Aug 1, 2019 | Completed | STEVE K PETERS<br>"156 (Law)" | Real-time | $750.00 |

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number: 26053889804

Pay to: 
Address: 
Year, Month, Day: 2019-08-01
Post Office: 112012
Amount: $717.00
Clerk: 16

KEEP THIS RECEIPT FOR YOUR RECORDS

---

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Serial Number: 26053889793

Pay to: 
Address: 
Year, Month, Day: 2019-08-01
Post Office: 112012
Amount: $1,000.00
Clerk: 16

KEEP THIS RECEIPT FOR YOUR RECORDS



156     ?
Lowes AE

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary

*********************************************

Transaction #321
Account Number Ending In:            8861
Checking Withdrawal              $500.00

-------------------------------------------

JPMorgan Chase Bank, N.A.
Cobble Hill, Branch 000111
1-800-935-9935
Your satisfaction matters. Share your
feedback at: chase.com/sendusfeedback

Member FDIC, Equal Housing Lender
Please keep your receipt
08/01/2019 15:21

Business Date 08/01/2019
Session #137

Thank you - Marcella
Cashbox #05