UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————X

In re:

Tompkins Willoughby LLC,                                    Chapter 11
                                                            Case No:


                              Debtor.
————————————————————————X

### CORPORATE RESOLUTION PURSUANT TO LBR 1074-1(a)
### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Leizer Klar declare under penalty of perjury that I am the President of Tompkins Willoughby LLC (the "Debtor") and that on August 1, 2019 the following resolution as duly adopted by Tompkins Willoughby LLC:

"Whereas is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 Title 11 of the United States Code;

Be it Therefore Resolved that Leizer Klar of Tompkins Willoughby LLC is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Leizer Klar of Tompkins Willoughby LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Leizer Klar of Tompkins Willoughby LLC is authorized and directed to employ the Law Office of Rachel S. Blumenfeld PLLC, attorney and the law firm of Law Offices of Rachel S. Blumenfeld PLLC to represent the Corporation in such bankruptcy case."


Executed on:_9/22/2019____        *Signed_____/s/ Lezier Klar_____*
                                   Leizer Klar
                                   Tompkins Willoughby LLC